NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1176

TESSERA, INC.,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

ELPIDA MEMORY, INC. and ELPIDA MEMORY (USA) INC.,

Intervenors,

and

SMART MODULAR TECHNOLOGIES, INC.,

Intervenor,

and

ACER, INC., ACER AMERICA CORPORATION, NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A., and POWERCHIP SEMICONDUCTOR CORPORATION,

Intervenors,

and

RAMAXEL TECHNOLOGY LTD.,

Intervenor,

and

KINGSTON TECHNOLOGY COMPANY, INC.,

Intervenor.

On appeal from the United States International Trade Commission in Investigation No. 337-TA-630.

ON MOTION

ORDER

Elpida Memory, Inc. et al., SMART Modular Technologies, Inc., Acer, Inc. et al., Ramaxel Technology Ltd., and Kingston Technology Company, Inc. each move without opposition for leave to intervene.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The revised official caption is reflected above.

FOR THE COURT

MAR 0 9 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Morgan Chu, Esq.
       Panyin A. Hughes, Esq.
       Larry L. Shatzer, Esq.
       Jonathan M. James, Esq.
       G. Hopkins Guy, III, Esq.
       Joseph V. Colainni, Jr., Esq.
       Michael R. Levinson, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 9 2010

JAN HORBALY
CLERK